IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELIZABETH CARMONT,

     Appellant,

v.

NATIONSTAR MORTGAGE,
LLC,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5523

Opinion filed January 12, 2015.

An appeal from the Circuit Court for Walton County.
Paul A. Rasmussen, Judge.

Bruce Botsford, Ft. Lauderdale, and Jessica Kerr, Ft. Lauderdale, for Appellant.

Nancy M. Wallace of Ackerman LLP, Tallahassee and William P. Heller of Akerman LLP, Fort Lauderdale, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.